

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00482-CR

RICHARD FURLOW                                                              APPELLANT

V.

THE STATE OF TEXAS                                                                STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Richard Furlow filed a pro se notice of appeal from his conviction for theft between $20,000 and $100,000. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 27, 2011, we notified Furlow that this appeal may be dismissed unless he or any party desiring to continue the appeal filed a response on or before

---

[1]*See* Tex. R. App. P. 47.4.

November 7, 2011, showing grounds for continuing the appeal. In response to our letter, Furlow filed a motion for extension of time to file an amended notice of appeal and also filed an amended notice of appeal in which he sets out the "grounds" of his appeal—involuntary plea and ineffective assistance of counsel. Furlow's response does not explain why this appeal should continue in light of the trial court's certification; instead, it merely identifies issues that he would potentially raise if the appeal continued. Accordingly, we deny Furlow's motion for extension of time, and in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 17, 2011